ROBERT R. POWELL, ESQ. CSB# 159747
DENNIS R. INGOLS, ESQ., CSB# 236458
THE LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
T: 408-553-0200 F: 408-553-0203

Attorneys for Plaintiffs
SAMI and MIRVAT AMIN,
Individually and as Guardian Ad Litems
For their minor children

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| SAMI AMIN, et al | Case No.  CV 06-07607 PJH |
| Plaintiffs, | [~~PROPOSED~~] ORDER APPOINTING GUARDIAN AD LITEM |
| v. | |
| CITY OF REDWOOD CITY, et al | |
| Defendants. | |

Based on the Points and Authorities submitted by Plaintiff Sami Amin, the Declarations attached thereto, and good cause appearing therefor, the court orders that Sami Amin is hereby appointed as the guardian ad litem for M.A. and E.A. for the duration of this case.

**IT IS SO ORDERED**.

DATE: __5_/_17_/2007

_____
NORTHERN DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

[PROPOSED] ORDER APPOINTING GUARDIAN AD LITEM
Amin v. City of Redwood City
U.S. District Court – Northern Dist (S.F)
Case No. CV 06-07607 PJH