ROBERT R. POWELL, ESQ.  CSB#159747
DENNIS R. INGOLS, ESQ.  CSB#236458
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| SAMI AMIN, et al. | Case No: C06- C06-07607 PJH |
| | Related Case No. C06-07483 PJH |
| Plaintiffs, | |
| | STIPULATION AND ORDER RE: |
| vs. | DISMISSAL |
| CITY OF REDWOOD CITY, et al., | |
| Defendants. | |

IT IS STIPULATED AND AGREED, by and between Plaintiffs and remaining Defendants, the City of Redwood City and its employee Victor Artiga, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that this entire case be dismissed with prejudice.

Dated: May 2, 2008     By:  /s/ Robert R. Powell
                                    ROBERT R. POWELL
                                    Attorney for Plaintiffs
                                    SAMI & MIRVAT AMIN, individually,
                                    and as Guardians Ad Litem for
                                    MURAD A. and ELISSA A.

Dated: May 2, 2008     By:  /s/ Joseph Howard
                                    JOSEPH HOWARD
                                    Attorney for Defendants CITY OF
                                    REDWOOD CITY, and VICTOR
                                    ARTIGA,

1
**O R D E R**

2
**IT IS SO ORDERED**

3

4
Dated:  5 / 5 /2008

